Meriwether D. (Mike) Williams
WSBA No. 8255
Courtney R. Beaudoin, WSBA No. 30616
WINSTON & CASHATT, LAWYERS, P.S.
601 W. Riverside, Ste. 1900
Spokane, WA  99201
Telephone:  (509) 838-6131
Email:  mdw@winstoncashatt.com
Email:  crb@winstoncashatt.com

Raymond J. Kelly, ISB No. 1437712
Michael D. Wexler, ISB No. 06207847
SEYFARTH SHAW LLP
131 S. Dearborn St., Suite 2400
Chicago, IL  60603
Telephone:  (312) 460-5000
Email:  rkelly@seyfarth.com
Email:  mwexler@seyfarth.com
Attorneys for Plaintiff

**Honorable Lonny R. Suko**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PITNEY BOWES INC., a Delaware corporation doing business in the State of Washington,<br><br>                                    Plaintiff,<br><br>    vs.<br><br>WALTER BUYEA, an individual,<br><br>                                    Defendant. | No. CV-06-167-LRS<br><br>CONSENT ORDER |

## **CONSENT ORDER**

This matter came before the Court on Plaintiff's Verified Complaint for Injunctive and Other Relief, asserting statutory and common law claims, including, inter alia:  (1) breach of confidentiality, non-solicitation and non-competition provisions of a contract between Pitney Bowes Inc. and Walter Buyea; (2) violation of the Washington's Trade Secrets Act; and Plaintiff's Motion for a Preliminary Injunction seeking to enjoin, Defendant Walter Buyea, and those in active concert or participation with him, from violating the restrictive covenants set forth in the Employment Agreement he entered into with Plaintiff and/or from using Plaintiff's confidential and/or trade secret information.

The parties now come before this Court advising it that they are willing to consent to entry of this Consent Order.

The parties have executed additional documents relating to the resolution of this litigation and these documents will not be filed with the Court to maintain confidentiality of their contents.

WHEREFORE, pursuant to the stipulation and consent of the parties,

IT IS HEREBY ORDERED that:

1.    For the period ending June 30, 2007, Defendant Walter Buyea shall not directly or indirectly engage in, or assist any other person or corporation, in the following activities:  approaching, soliciting, or accepting business from any entity

that is specifically set forth on the confidential account listings Plaintiff has

provided to Defendant as an attachment to the additional documentation referenced

above.

2.      On July 1, 2007, Defendant shall return to Plaintiff the confidential

listings of entities described above without retaining any of the information on

those lists.

3.      Defendant shall not disclose or utilize Pitney Bowes Inc. trade secrets

or confidential information.

It is further ORDERED that this Court shall retain jurisdiction to enforce the

parties' settlement agreement and terms of this Consent Order, but that all other

claims set forth in the Verified Complaint are hereby DISMISSED.

ENTERED this  9th   day of October, 2006.    *November*

s/Lonny R. Suko
_____
Judge Lonny R. Suko

- 3 -

CH1 11127495.1

1   Approved as to form; notice of presentment waived,

2   Witherspoon, Kelley, Davenport & Toole, P.S.

3

4

5   ROSS P. WHITE, WSBA No. 12136

6   RICHARD L. MOUNT, WSBA No. 16096

7   Attorneys for Defendant

8

9   Approved as to form; notice of presentment waived,

10  Winston & Cashatt, P.S.

11

12

13  MERIWETHER D. (MIKE) WILLIAMS, WSBA No. *8255*

14  And

15  MICHAEL D. WEXLER

16  RAYMOND J. KELLY, JR.

17  Seyfarth Shaw, LLP
    Attorneys for Plaintiff

18

19

20

21

22

23

24

25

26

27

28